Phillip H. Stanfield, Bar #011729
Clarice A. Spicker, Bar #029964
JONES, SKELTON & HOCHULI, P.L.C.
40 North Central Avenue, Suite 2700
Phoenix, Arizona 85004
Telephone: (602) 263-1700
Fax: (602) 200-7877
pstanfield@jshfirm.com
cspicker@jshfirm.com

Attorneys for Defendant Gurm Transport, Inc.

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| David Alexander, Individually, | NO. TBD |
| Plaintiff, | **NOTICE OF REMOVAL** |
| v. | |
| Gurm Transport, Inc., a foreign corporation; Gursewak S. Singh and Jane Doe Singh, husband and wife; ABC Corporations I-X; Johns Does I-X; and Jane Does I-X, | |
| Defendants. | |

Defendant Gurm Transport, Inc. by and through undersigned counsel, files this Notice of Removal of an Arizona State Court action against it to the United States District Court for the District of Arizona and states as follows:

1. On or about July 19, 2019, an action was commenced against Defendants in the Superior Court of the State of Arizona, in and for the County of Yavapai, under the caption *David Alexander v. Gurm Transport, Inc., Gursewak S. Singh and Jane Doe Singh, et al.,* On July 23, 2019, Defendant Gurm Transport, Inc., was served, by personal service upon "John Doe Owner".

2. Copies of pleadings so far filed in the State Court action are attached hereto as Exhibit A.

7823083.1

3. Defendant Gurm Transport, Inc. is a California corporation with its principal place of business in Oakley, California, and upon information and belief, Defendant driver Gursewak S. Singh is a resident and resides in the State of California.

4. Plaintiff David Alexander is a resident of Las Vegas, Nevada, pursuant to the allegations in his Complaint.

5. Plaintiff claims personal injuries as a result of Defendants' alleged liability. Plaintiff's attorney indicated in email that they were seeking damages in excess of $75,000 as Plaintiff is claiming a traumatic brain injury.

6. This Court has original jurisdiction over the civil action pursuant to 28 U.S.C. § 1332 in that the matter in controversy exceeds the sum or value of $75,000 exclusive of interest and costs, and the action is between citizens of different states. Therefore this action may be removed to this Court pursuant to the provisions of 28 U.S.C. § 1441, et seq.

7. Written notice of the filing of this Notice of Removal will be given to all adverse parties as required by law and a true and correct copy of this Notice will be filed with the Clerk of the Superior Court of the State of Arizona, in and for the County of Yavapai.

8. A Notice of Filing Notice of Removal with the Clerk of the Yavapai County Superior Court and a copy of the same is attached as Exhibit B.

DATED this 22nd day of August, 2019.

JONES, SKELTON & HOCHULI, P.L.C.


By */s/ Clarice A. Spicker*
Phillip H. Stanfield
Clarice A. Spicker
40 North Central Avenue, Suite 2700
Phoenix, Arizona 85004
Attorneys for Defendant Gurm Transport, Inc.

**CERTIFICATE OF SERVICE**

I hereby certify that on this 22nd day of August, 2019, I caused the foregoing document to be filed electronically with the Clerk of Court through the CM/ECF System for filing; and served on counsel of record via the Court's CM/ECF system.

*/s/     Rebecca Camelio*

7823083.1                                   3